

FILED
JUL 1 2 2022
RORY PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2021
JULY 12, 2022 SESSION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:22-cr-00141
     21 U.S.C. § 841(a)(1)

PAUL THOMASSON

### INDICTMENT

The Grand Jury Charges:

#### COUNT ONE

On or about October 4, 2021, at or near Delbarton, Mingo County, West Virginia, and within the Southern District of West Virginia, defendant PAUL THOMASSON knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about October 12, 2021, at or near Delbarton, Mingo County, West Virginia, and within the Southern District of West Virginia, defendant PAUL THOMASSON knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

                WILLIAM S. THOMPSON
                United States Attorney

By: _____
     M. RYAN BLACKWELL
     Assistant United States Attorney